IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 134-01T |
| | ) | |
| vs. | ) | CR No. |
| | ) | In Violation of 18 U.S.C. |
| | ) | §§ 894 and 2 |
| VAN ANH | ) | |
| KHONG NGUYEN | ) | |
| QUOC NGUYEN | ) | |
| THINH CAO | ) | |

INDICTMENT

COUNT I

The Grand Jury charges:

From on or about March, 2005 and continuing thereafter until on or about August, 2005 in the District of Rhode Island, and elsewhere, the defendants, VAN ANH, KHONG NGUYEN, QUOC NGUYEN, and THINH CAO, knowingly and willfully conspired and agreed together with each other, and with other persons both known and unknown to the Grand Jury, to knowingly participate in the use of extortionate means to collect and attempt to collect an extension of credit as those terms are defined in 18 U.S.C. §§ 891(6) and (7) from Tommy Nguyen, a/k/a Phong, and to punish Tommy Nguyen, a/k/a Phong, for the nonrepayment of said extension of credit.

All in violation of 18 U.S.C. § 894.

COUNT II

The Grand Jury further charges that:

On or about July 25, 2005, in the District of Rhode Island and elsewhere, the defendants, VAN ANH, KHONG NGUYEN, QUOC NGUYEN, and THINH CAO, along with others known and unknown, did knowingly participate in the use of extortionate means within the meaning of 18 U.S.C. § 891(7), to collect and attempt to collect an extension of credit and to punish a person for the non-repayment of extension of credit; that is, the defendants, VAN ANH, KHONG NGUYEN, QUO NGUYEN, and THINH CAO, along with others known and unknown, did unlawfully and knowingly, expressly and implicitly threaten the use of violence and other criminal means to cause harm to the person Tommy Nguyen, a/k/a Phong, in order to collect and attempt to collect an acknowledged, disputed, valid and invalid and however arising extension of credit, within

the meaning of 18 U.S.C. § 891, from Tommy Nguyen, a/k/a Phong, for the non-repayment thereof.

All in violation of 18 U.S.C. §§ 894 and 2.

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorne

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 12-07-05