UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-135-02T

KHONG NGUYEN

**MOTION TO RECONSIDER DENIAL OF BAIL**

Now comes the Defendant Khong Nguyen, by his attorney, and moves, pursuant to 18 USC Section 3142(g), for reconsideration of the decision of this Honorable Court at the time of Defendant's arraignment detaining Defendant pending trial of this matter. As reasons therefore, Defendant incorporated herein by reference the accompanying Memorandum, as well as the materials provided to the Court and counsel by United States Probation Officer Charleen Tryhubzak pertaining to Defendant's release without bond in August, 2005 on a supervised release violation arising out of the same facts as the instant Indictment.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on December 21, 2005, I mailed a copy of this Motion by first-class mail to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-135-02T

KHONG NGUYEN

**MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER DENIAL OF BAIL**

The Defendant Khong Nguyen, has moved, pursuant to 18 USC Section 3142(g), for reconsideration of the decision of this Honorable Court detaining Defendant pending trial of this matter. When the Court made this decision, no particulars were available regarding the release of the Defendant by the United States District Court for the District of Massachusetts on a pending supervised release violation based on the same facts as this Indictment. On December 20, 2005, United States Probation Officer Charleen Tryhubczak furnished to the Court, and counsel a memorandum authored by Supervising US Probation Officer Jonathan E. Hurtig documenting the following facts:

1) Defendant self-surrendered to the US Marshals on the supervised release violation on August 17, 2005;

2) Defendant was detained until his probable cause hearing, which was scheduled for August 23, 2005;

3) At that time, the Court released Defendant without bond, to the third-party custody of Warren Gossen, a Detective with the Oak Bluffs, Massachusetts Police Department;

4) Defendant's travel was restricted to the island of Martha's Vineyard except for the purpose of visiting his attorney or his probation officer.

Counsel for Defendant has spoken with Detective Gossen at length regarding Defendant, and seeks an opportunity to present Detective Gossen's testimony regarding Defendant's exemplary conduct from the time of his release on August 23, 2005 to the present. Detective Gossen would also present testimony regarding Defendant's actions on learning of a possible federal arrest warrant in this case, namely that Defendant initially attempted unsuccessfully to verify the existence of the warrant both through Detective Gossen and through his Probation Officer. When the existence of the warrant was verified, Defendant promptly arranged to self-surrender to a Massachusetts State Police officer posted on the island.

Defendant submits that the foregoing documentation and testimony would be sufficient to rebut the Court's previous findings that Defendant is a risk of flight as well as that Defendant is a threat to the community. Accordingly, Defendant seeks an opportunity to present the testimony of Detective Gossen to the Court, and also asks that the Court consider in support of his request for reconsideration the materials furnished to the Court and counsel by United States Probation Officer Tryhubczak.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on December 21, 2005, I mailed a copy of this Memorandum by first-class mail to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.