FILED
DEC 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-~~135~~ 134-02T

KHONG NGUYEN

12/22/05: DENIED FOR THE REASONS STATED IN THE MEMORANDUM + ORDER ISSUED BY THIS COURT ON 12/22/05.
USMJ

# MOTION TO RECONSIDER DENIAL OF BAIL

Now comes the Defendant Khong Nguyen, by his attorney, and moves, pursuant to 18 USC Section 3142(g), for reconsideration of the decision of this Honorable Court at the time of Defendant's arraignment detaining Defendant pending trial of this matter. As reasons therefore, Defendant incorporated herein by reference the accompanying Memorandum, as well as the materials provided to the Court and counsel by United States Probation Officer Charleen Tryhubzak pertaining to Defendant's release without bond in August, 2005 on a supervised release violation arising out of the same facts as the instant Indictment.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
12/22/05

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

## CERTIFICATION

I hereby certify that on December 21, 2005, I mailed a copy of this Motion by first-class mail to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.