UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

**MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS**

Now comes the Defendant Khong Nguyen and respectfully requests that this Honorable Court grant him an additional period of time, to February 3, 2006, to file pretrial motions in this case, for the reasons set forth in the accompanying Memorandum.

The 10-day period of time that Defendant requests would constitute excludable time under 18 USC Section 3161(h)(8)(A). There has been previous excludable time.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on January 12, 2006, I mailed a copy of this Motion to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

**MEMORANDUM IN SUPPORT OF MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS**

The Defendant Khong Nguyen has moved that this Honorable Court grant him an additional 10-day period of time, to February 3, 2006, to file pretrial motions in this case. Defense counsel has prepared and is filing, contemporaneously with this Motion, a Motion to Sever Codefendants for trial. However, defense counsel needs additional time to consider filing additional pretrial motions, and counsel is reached on a date certain first degree murder trial in the Providence County Superior Court on January 17, 2006. This trial will take up to two weeks, and trial preparation is ongoing. For this reason, counsel seeks additional time for filing pretrial motions in this case.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on January 12, 2006, I mailed a copy of this Motion to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.