FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

## MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS

Now comes the Defendant Khong Nguyen and respectfully requests that this Honorable Court grant him an additional period of time, to February 3, 2006, to file pretrial motions in this case, for the reasons set forth in the accompanying Memorandum.

The 10-day period of time that Defendant requests would constitute excludable time under 18 USC Section 3161(h)(8)(A). There has been previous excludable time.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

## CERTIFICATION

I hereby certify that on January 12, 2006, I mailed a copy of this Motion to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.

GRANTED,
Ernest C. Torres
Chief, US District Judge
1/31/06