UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

**MOTION IN LIMINE**

The Defendant Khong Nguyen moves, pursuant to Rules 402, 403 and 404(b) of the Federal Rules of Evidence, that this Honorable enter an Order barring the Government from introducing into evidence, in its case in chief, testimony regarding the machete that was allegedly found in Defendant's motor vehicle after Defendant's arrest, and the machete itself, for the reasons set forth in the accompanying Memorandum.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on February 3, 2006, I mailed a copy of this Motion to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE**

The Defendant Khong Nguyen has moved, pursuant to Rules 402, 403 and 404(b) of the Federal Rules of Evidence, that this Honorable enter an Order barring the Government from introducing into evidence, in its case in chief, testimony regarding the machete that was allegedly found in Defendant's motor vehicle after Defendant's arrest, and the machete itself.

Defendant submits, first, that this evidence is without arguable relevance to any issue in this case, and so is inadmissible under Rule 402. Even if this Court finds that this evidence has arguable relevance, Defendant submits that testimony regarding the machete, and exhibition of the machete itself, would be so prejudicial to Defendant that its admission should be barred by Rule 403. Finally, Defendant submits that, to the extent that possession of the machete qualifies as a "prior bad act" within the meaning of Rule 404(b), its admission into evidence in the instant case does not fall within any of the exceptions to this general rule of exclusion.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on February 3, 2006, I mailed a copy of this Motion to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.