Date: 7-25-05

Time: 941

Location: NAIL TECH

Report # 05-1710-OF

# West Warwick Police
# Witness Statement

I, THOM THI TONG voluntarily, without threats or promises make the following statement.

Q: What is your address

A: [redacted]

Q: What is your date of birth

A: [redacted]

Q: What is your social security number

A: [redacted]

Q: What is your telephone

A: [redacted]

On 7-25-05 at 850 pm I was working at NAIL TECH AT 289 COWESETT AVE I went outside the store with TOMMY NGUYEN and he started talking to 3 ASIAN MALES near the handicapped sign outside the store. I saw the bigger male hit TOMMY several times until TOMMY was on the ground a second male also hit TOMMY. A third male was standing off to the side and had a black handgun stuck in his waist band. This male had a blue shirt

Officer [signature] 46

Signature [signature]

# West Warwick Police
## Witness Statement Continuation

Report # 05-1710-OF

and Khaki Shorts on. Yvonne then pulled up in her car and tried help Tommy. Tommy got up and Ran toward the Subway and two of the males ~~ah~~ Ran after him. The male with the gun remained behind and eventually Ran and got the car, a silver one, and drove to the other two males, picked them up, and they left.

I can identify these subjects again if I see them.

This statement was written by Ptlm. Mark Bennett at the request of Thom Thi Tong

Officer: [signature]

Signature: [signature]