Exh 2

Date: 7/26/05

Time: 1:15 pm

Location: WWPD

Report # 05-931-AR

# West Warwick Police
# Witness Statement

I, THOM THI TONG voluntarily, without threats or promises make the following statement.

Q: What is your address

A: [redacted]

Q: What is your date of birth

A: [redacted]

Q: What is your social security number

A: [redacted]

Q: What is your telephone

A: [redacted]

Yesterday aroud 8.30 . I and Tommy Nguyen working late we went out shop

I sawe the mans wear T-sirh blue and short. He had a black ~~handle~~ something in his

whast band of his pant. I thought It was gun but I'm not sure. Black handle I saw today look the same I sawe last night

Capt [signature]
Officer

[signature]
Signature