Exh 3

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

December 22, 2005

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

Andrew Berg, Esquire
128 Dorrance Street
Providence, RI 02903

Edward Roy, Esquire
Federal Defender's Office
10 Weybosset Street - Suite 300
Providence, RI 02903

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

Re: United States v. Van Anh, et al, CR 05-134T

Gentlemen and Ms. Crowell:

Enclosed herewith are the following:

1. Transcripts of Grand Jury testimony of Brian S. Womble, Thytrang Nguyen, and Tommy Nguyen;

2. West Warwick Police report of Patrolman Donald Archibald;

3. Arrest reports of Khuong Nguyen, Thinh Cao, and Quoc Nguyen;

4. Witness statements of Tommy Nguyen and Thytrang Nguyen;

5. FBI 302 dated July 27, 2005, authored by Brian S. Womble;

6. Report of Captain Catherine Ochs;

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

January 12, 2006

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

Andrew Berg, Esquire
128 Dorrance Street
Providence, RI 02903

Edward Roy, Esquire
Federal Defender's Office
10 Weybosset Street - Suite 300
Providence, RI 02903

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

Re: United States v. Van Anh, et al, CR 05-134T

Gentlemen and Ms. Crowell:

Enclosed herewith are 39 pages of NEXTEL telephone recordings referred to in the grand jury testimony previously sent to you. I have also enclosed a telephone recording between Tommy Nguyen and Van Anh.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

Enclosures
JHL:kem

7. Seizure Report of MSP Trooper Bohn;

8. FBI 302 detailing statements of Thinh Cao, Khuong Nguyen, and Quoc Nguyen; and

9. Miranda warnings for Thinh Cao, Khuong Nguyen, and Quoc Nguyen.

Please provide reciprocal discovery at your earliest convenience.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

Enclosures

JHL:kem

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

January 26, 2006

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

Andrew Berg, Esquire
128 Dorrance Street
Providence, RI 02903

Edward Roy, Esquire
Federal Defender's Office
10 Weybosset Street - Suite 300
Providence, RI 02903

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

Re: United States v. Van Anh, et al, CR05-134T

Gentlemen and Ms. Crowell:

Enclosed herewith are Bank of America records, certification dated January 6, 2006 (4 pages including certification); certification dated December 16, 2005 (8 pages including certification); certification dated December 19, 2005 (11 pages including certification); and Citizens Bank records, certification dated December 16, 2005 (4 pages including certification).

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney

Enclosure