**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

February 21, 2006

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esquire
101 Dyer Street
Providence, RI 02903

Re: United States v. Van Anh, CR 05-134T

Gentlemen and Ms. Crowell :

This is to advise you that pursuant to FRE 609(b), the government intends to impeach your clients with felony convictions more than ten years old.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

JHL:kem

**RE: Khoung T Nguyen**

## District of Rhode Island

| Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition |
|---|---|---|
| 07/26/05 | Count 1: Assault with Intent ot Commit Specified Felonies, Count 2: Conspiracy to Commit Felony, West Warwick Police, Third Division District Court (32/05-03692) | **PENDING**<br><br>07/26/05: Surety Bail set at $5,000, No Contact Order |

## District of Massachusetts

| Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition |
|---|---|---|
| 10/19/93 | Count 1: Possession of a Ammunition, Somerville District Court | 11/09/93: Default warrant issued, removed<br><br>03/11/94: Guilty, 1 year suspended sentence with supervision to 03/06/96 |
| 03/27/94 | Count 1: Possession of Ammunition, Counts 2 & 3: Distribution & Dispensing a Controlled Substance (Cocaine Base), Count 4: Conspiracy to Violate the Controlled Substance Act & Possession with Intent to Distribute Cocaine Base, U.S. District Court, Boston (1:06CR-0008-01) | **VIOLATION PENDING**<br><br>07/12/96: Counts 1 - 2, Guilty, 96 months custody of the Bureau of Prisons, 5 years Supervised Release<br><br>07/28/05: Violation filed, expiration date for Supervised Release - 01/28/08 |

## District of New Hampshire

| | | |
|---|---|---|
| 08/11/93 | Count 1: Sale & Distribution of Drugs, Hillsborough Police | 11/08/93: Guilty 12 months House of Corrections, 5 months suspended sentence |
| 05/14/94 | Count 1: Possession of a Controlled Substance, Manchester Police | 05/31/94: Guilty, 90 days suspended sentence, fined |
| 09/22/94 | Count 1: First Degree Assault, Hillsborough Police | Disposition not Reported |