UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

**OBJECTION TO GOVERNMENT'S MOTION FOR ISSUANCE OF SUBPOENAS**

Now comes Defendant Khong Nguyen and objects to the Government's motion for issuance of subpoenas, for the reasons set forth in the accompanying Memorandum.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on March 24, 2006, I mailed a copy of this Objection to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

**MEMORANDUM IN SUPPORT OF OBJECTION TO GOVERNMENT'S MOTION FOR ISSUANCE OF SUBPOENAS**

Defendant Khong Nguyen has objected to the Government's motion for issuance of subpoenas for toll records relating to telephone numbers that, the Government alleges, bear some connection to the Defendants. The Government seeks these records in order to "show association among the various co-conspirators". [Government's Memorandum at p. 4] Among other records, the Government seeks to subpoena records pertaining to (617) 519-0430, alleging that this Defendant "gave this telephone number as his home to the West Warwick Police." [Government's Memorandum at p. 6]

This Defendant submits that the Government has not demonstrated, and cannot demonstrate, that the telephone to which this number was assigned was used in any way to facilitate the alleged conspiracy. Contrary to the Government's implication, Defendant submits the fact that this Defendant may have given this telephone number to the West Warwick Police at the time of his arrest does not, without more, connect this telephone number with any criminal activity on the part of Defendant. This Defendant therefore

submits that the Government's motion should be denied.

KHONG NGUYEN
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on March 24, 2006, I mailed a copy of this Memorandum to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.