UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-134T

VAN ANH, KHONG NGUYEN,
QUOC NGUYEN, and THINH CAO

ORDER REGARDING DEFENDANTS' MOTIONS TO SEVER

For reasons stated in open court, and by agreement of all of the parties, the Court hereby orders that two separate trials will be conducted in this matter. The cases against Defendants Van Anh, Khong Nguyen, and Thinh Cao will be tried in one proceeding. The case against Defendant Quoc Nguyen will be tried separately.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 4/4/06