Clerk of Court
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

RECEIVED

April 21, 2006

Khuong Nguyen
Donald W. Wyatt Detention Center
950 High Street
Central Falls, RI

**Re: Request to Dismiss Counsel and Appointment of New Counsel**
**United States v. Khuong Nguyen -** Cr. No. 05-134-02T

Dear Clerk;

I am the defendant in the above referenced and numbered case and I hereby advise this Honorable Court that counsel in this case, one Judith Crowell, ceases to represent my person in the above matter citing ineffective assistance of counsel. This decision is made knowingly, intelligently and voluntarily. Furthermore, I request that the court appoint new counsel to represent my defense in this matter in the spirit of the Sixth Amendment to the United States Constitution and the Criminal Justice Act.

As further reasons, in support thereof, I the Defendant, Khuong Nguyen state the following:

1) Ms. Crowell has consistently attempted to coerce me to enter a plea of guilty without respect to my proffered defense narrative.
2) I have unequivocally expressed my wish to exercise my right to a jury trial.
3) It appears counsel prefers to enter a plea of guilty as opposed to exploring possible defenses to the charges against my person.[1]
4) It is generally understood that the right to counsel means the right to 'effective assistance of counsel'.
5) For the above reasons, I find that I am unable and unwilling to accept the services of Ms. Crowell and respectfully move this Honorable Court to 1) dismiss counsel from representing me in this case and 2) to appoint new counsel for my defense.[2]

[1] Principles of fundamental fairness teach us that an accused is innocent until proven guilty. Counsel's continued attempts to coerce me into pleading guilty even where I have a plausible defense, to wit: I am not involving in any gambling business and couldn't identify any superficial gambling racketeering bosses, attorney Crowell would rather dispose this case off her docket sooner than later without respect to my 'protected liberty to be free from governmental intrusions'.

Consequently, I respectfully request the honorable court to honor my request and dismiss Ms. Crowell from my representation and further appoint new counsel for me.

Respectfully submitted,
Khuong Nguyen
Khuong Nguyen
Defendant M.N.

[2] "[T]he humanity of the law has provided that, if the prisoner is unable to employ counsel, the court may designate some one to defend him who shall be paid by the government; but when no such provision is made, it is a duty which counsel so designated owes to his profession, to the court engaged in the trial, and to the cause of humanity and justice, not to withhold his assistance nor spare his best exertions, in the defence of one who has the double misfortune to be stricken by poverty and accused of crime. No one is at liberty to decline such an appointment, and few, it is to be hoped, would be disposed to do so." T. Cooley, Constitutional Limitations 334 (2d ed. 1871) (footnote omitted).