UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

## MOTION FOR NEW TRIAL

The Defendant Khong Nguyen moves, pursuant to Rule 33 of the Federal Rules of Criminal Procedure, that his Honorable Court grant him a new trial in the interests of justice, for the reason that the verdict was against the weight of the evidence, for the reasons set forth in the accompanying Memorandum.

KHONG NGUYEN
Defendant
By His Attorney,

DENIED for reasons set forth in Government's memo

Ernest C. Torres
Chief, US District Judge
5/23/06

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

## CERTIFICATION

I hereby certify that on May 11, 2006, I hand-delivered a copy of this Memorandum to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.