UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-134-02T

KHONG NGUYEN

**NOTICE OF APPEAL**

Now comes Defendant Khuong Nguyen, pro se, and files a Notice of Appeal of the conviction and sentence in the above-entitled matter.

Respectfully submitted,

Khuong Nguyen, Pro Se

**CERTIFICATION**

I hereby certify that on November ~~17~~ 19, 2006, I mailed a copy of this Notice of Appeal to AUSA James Leavey, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.