UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 21, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. VAN ANH, KHONG NGUYEN and THINH CAO***
***USDC CR05-134T*** ***USCA: 07-1010;07-1011;07-1012***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

enclosed: Doc. #190 - Transcript of Jury Impanelment held on 5/1/2006 before Magistrate Judge Lincoln D. Almond; Certified Copy of Docket.