MANDATE

05-00134
USDC RI
Judge Torres

# United States Court of Appeals

## For the First Circuit

No. 07-1011

UNITED STATES OF AMERICA,

Appellee,

v.

KHONG NGUYEN,

Defendant, Appellant.

**JUDGMENT**

Entered: April 11, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Khong Nguyen are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. [signature]
Deputy Clerk

Date: 5/5/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Ouderkirk, Mr. Lockhart, Mr. Black, Ms. Charles, Mr. Madden, Ms. Bernstein, & Mr. Leavey.